FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAY 14  PM 1:43

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
      Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| STEVEN J. ALVEY<br>MICHELLE L. ALVEY,<br>  Debtor(s) | Bankruptcy No. 08-22802<br>**(Chapter 7)**<br>Judge R. Kimball Mosier |



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

    ___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

    ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Las Vegas Review Journal<br>c/o Credit Bureau Central<br>2355 Red Rock St. #200<br>Las Vegas, NV 89146 | $2.31 |
| | B & R Video #1<br>c/o Credit Bureau Central<br>2355 Red Rock St. #200<br>Las Vegas, NV 89146 | $4.18 |



  Las Vegas Sun                    $1.75
  c/o Credit Bureau Central
  2355 Red Rock St. #200
  Las Vegas, NV 89146

A check in the amount of $8.24 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

  DATED this 12 day of May, 2010

                      DAVID L. MILLER
                      Chapter 7 Trustee

```
            UNITED STATES
         U.S. Bankruptcy Cour
             District of Utah

         #  00263850  -  BH

            May 14, 2010


    Code    Case #     Qty       Amount

   <OR=$25  08-22802              8.
   24 CK
     Debtor - ALVEY


   TOTAL→                         8.24



   FROM: DAVID L. MILLER
         CK 121
```



David L. Miller, Trustee
P. O. Box 9
Farmington, UT 84025-0009

Case #: 08-22802-RKM
Case: ALVEY, STEVEN J AND ALVEY, MICHELLE L
Debtor(s).

**STERLING BANK**
2550 North Loop West 6th Floor
Houston, TX - 77092

PAY: EIGHT AND 24/100

VOID AFTER 90 DAYS     DATE: 04/01/2010      CHECK NO: 121      $8.24

TO THE ORDER OF:
Clerk, US Bankruptcy Court

Small Dividends

Trustee

⑈000022⑈ ⑆113005549⑆ ⑉717708280⑉